**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CASE NO.:** |
| | **:** | |
| **v.** | **:** | **Violation: 18 USC §§ 7 & 13 i/c/w O.C.G.A. §§ 40-6-391(a)(1) & O.C.G.A. §§ 40-6-253** |
| **DANIEL MITCHELL O'KELLY-FEAGINS** | | |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

(DRIVING UNDER THE INFLUENCE)

That on or about December 26, 2025, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court,

**DANIEL MITCHELL O'KELLY-FEAGINS**,

did, unlawfully operate a motor vehicle by driving while under the influence of alcohol to the extent it was less safe for him to drive, in violation of Title 18 of the United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

## COUNT TWO

(POSSESION OF OPEN CONTAINER)

That on or about December 26, 2025, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located

within the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court,

**DANIEL MITCHELL O'KELLY-FEAGINS**,

did, unlawfully possess an open alcoholic beverage container in the passenger area of a motor vehicle, in violation of Title 18 of the United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-253.

WILLIAM R. KEYES
UNITED STATES ATTORNEY

BY:     /S/ DIEM NGUYEN
DIEM NGUYEN
Texas Bar no.: 241211034
Special Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 926-2269

BY:     /S/ TONY J. ELION JR.
TONY J. ELION JR.
Tennessee Bar No.: 039035
Special Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 926-0630